# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0267

VERSUS

ISIAH LANG

**MAY 4, 2026**

---

In Re:     Isiah Lang, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-02369.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

    **WRIT DENIED.** The East Baton Rouge Parish Clerk of Court has no record of receiving a motion for production of **Boykin** transcript, allegedly filed on November 5, 2025. Relator should file the motion with the East Baton Rouge Parish Clerk of Court before seeking relief from this court.

                    **SMM**
                    **BDE**
                    **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT